

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00143-CV

Gary W. **BURK** and Courtney W. Burk,
Appellants

v.

**STEVEN C. GARDNER AGENCY OF HOUSTON, LLC** and Steven C. Gardner,
Individually,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-232
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellants to pay the costs of this appeal.

SIGNED June 14, 2023.

_____
Beth Watkins, Justice